■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN MILLER, Appellant. [630 NYS2d 237] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered March 3, 1992, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a

hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The defendant argues that a showup, which took place in close temporal and spatial proximity to the robbery, was unduly suggestive. We disagree *(see, People v Johnson,* 81 NY2d 828; *People v Holley,* 205 AD2d 638; *People v Mitchell,* 185 AD2d 249). Given the totality of circumstances in this case, the arresting officer's questioning of the victim at a showup regarding the identity of his assailant was not improper *(see, People v Duuvon,* 77 NY2d 541; *People v Lawhorn,* 199 AD2d 123). Bracken, J. P., Joy, Friedmann and Krausman, JJ., concur.